**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
**KHALID WEST**              ,

        **Petitioner,**     **03 CV 947 (NG) (LB)**
**- against -**
    **ORDER**
**JOSEPH T. SMITH,** *Superintendent,*
*Shawangunk Correctional Facility*,

        **Respondent.**
--------------------------------------------------------x

**GERSHON, United States District Judge:**

    Magistrate Judge Lois Bloom's Report and Recommendation of October 7, 2005 recommends denial of this petition for a writ of *habeas corpus*, which challenges a March 18, 1997 conviction in state court. I have reviewed the Report and Recommendation and petitioner's objections, which are without merit. Judge Bloom has addressed every issue in a thorough and well-reasoned manner. Her Report and Recommendation is adopted and the petition is denied.

    As petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.

                        **SO ORDERED**.

                        */s/ Nina Gershon*
                        **NINA GERSHON**
                        **United States District Judge**

**Dated: December 19 , 2005**
       **Brooklyn, Ne.w York**